USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ACCESS NOW,

                Plaintiff,

     -v.-

UNITED STATES CUSTOMS AND
BORDER PROTECTION,

                Defendant.

---

24 Civ. 3979 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    This case arises under the Freedom of Information Act, Title 5, United States Code, Section 552. The parties are hereby ORDERED to submit a joint letter, no later than **two weeks from the date of this order** and not to exceed two pages, indicating whether there is any need for discovery or an initial conference in this case. If there is no such need, the parties should include in their letter a proposed briefing schedule for any motions, including motions for summary judgment.

    SO ORDERED.

Dated: January 16, 2025
       New York, New York

                                                                          JENNIFER H. REARDEN
                                                                          United States District Judge