

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 7, 2025

<u>Via ECF</u>
Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *Access Now v. United States Customs and Border Protection*,
           No. 24 Civ. 3979 (JHR)

Dear Judge Rearden:

      This Office represents defendant United States Customs and Border Protection (the "Government" or "CBP") in the above-referenced case brought by plaintiff Access Now ("Plaintiff") pursuant to the Freedom of Information Act, 5 U.S.C. § 552. We write respectfully on behalf of the parties to propose a summary judgment briefing schedule as directed by the Court. Dkt. No. 19.

      As noted in the parties' prior joint letters, the parties have been working expeditiously to resolve this matter without the Court's involvement. *See* Dkt. Nos. 14, 16. The parties remain hopeful that all issues relating to CBP's redactions can be resolved without motion practice. Accordingly, the parties propose the following briefing schedule for summary judgment, which will provide the parties with sufficient time to meet and confer in an effort to further narrow or resolve the outstanding issues:

- September 26, 2025: deadline for Plaintiff to file its opening brief;

- October 24, 2025: deadline for the Government to file its opposition and cross-motion;

- November 21, 2025: deadline for Plaintiff to file its opposition and reply;

- December 19, 2025: deadline for the Government to file its reply.

      The parties thank the Court for its consideration of this letter.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney

By:    /s/ *Rebecca L. Salk*
        REBECCA SALK
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Tel.: (212) 637-2614
        rebecca.salk@usdoj.gov

cc: Counsel of record (via ECF)